Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

2023 JAN 20 PM 4:25

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Roland Pelletier

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Brevard County/
Brevard county sheriff ET.AL
State of Florida

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:23-cv-112-PGB-DAB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Roland Pelletier
- Address: 860 Camp Rd
- City: Cocoa  State: Fl  Zip Code: 32927
- County: Brevard
- Telephone Number:
- E-Mail Address:

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Brevard County Sheriff office
- Job or Title (if known): County Sheriff
- Address: 700 S. Park Ave
- City: Titusville  State: Fl  Zip Code: 32780
- County:
- Telephone Number:
- E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Defendant No. 2
- Name: Brevard County State of Florida
- Job or Title (if known): States Attorney
- Address: 2725 Judge Fran Jamison Way
- City: Viera  State: Fl  Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**
Name
Job or Title *(if known)*
Address

*City    State    Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Address

*City    State    Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Harassment, discrimination, Intentional emotional distress infliction, Abuse of power, Unfair proceedings, Unconstitutional Arrest, Battery, Burglary of Conveyance, Trespass of Conveyance, Deprivment of 4th, 5th, 14th and 6th Amendment, Unlawful Search & Seizure

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Deliberate deprivment of US citizens rights protected by federal law. Deliberate indifference.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Econo lodge in West Melbourne

B. What date and approximate time did the events giving rise to your claim(s) occur?

July 2016 ?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* States attorney failed to dismiss the unlawful arrest post arrest and discovery. Depriving due process. I was residing at econo lodge as it my resident and I was on private property in a parking lot as a citizen allowing my then fiancee to put our child who was an infant to sleep. I had been working and went out to vehicle to listen to radio and cool off. Deputy came up to vehicle pulled me out the vehicle placed me in handcuffs arrested me for driving motor vehicle w/o a license. I was unaware of the laws back then and not aware of my civil rights. It is my belief the Deputy touched me and/or struck me against my will and also made a unlawful arrest and detainment by making a deliberate conscious choice to deliberatly deprive me of my Rights as a US citizen that are protected by federal law. obvious bias and deprivment of my Rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I suffered mental anguish loss of life, freedom enhancing my PTSD symptoms contributing to high blood pressure. Emotional distress as well as cruel and unusual punishment. Also Indirectly contributing to present time emotional Distress and loss of life.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Overturn of unlawful conviction as well as a change of venue in current extreme bias and unconstitutional proceedings before any irreparable physical and or mental health injury is sustained as well as loss of freedom and/or Death due to the hostile, neglectful acts while detained and judicial vindictiveness. Also Any Sua Sponte and/or Relief Determined By the courts.

Also to be protected from retaliation and transferred to another jail. ID like a state/federal Bar approved attorney to be appointed to handle Civil and current Criminal proceedings as well. Also for federal courts to hold accountable and ensure my Rights as a US citizen are Protected, Preserved and enforced then and now. Thank you take care, God Bless

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-9-2022

Signature of Plaintiff: *Roland Pelletier*
Printed Name of Plaintiff: Roland Pelletier

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
    City / State / Zip Code
Telephone Number: _____
E-mail Address: _____